IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Valdovinos Jr, Salvador

Printed:  4/1/08

Case Number:  07 B 17661
Judge:  Goldgar, A. Benjamin
Filed:  9/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 19, 2008
Confirmed: November 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 100.00 |  |
| Secured: |  | 81.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 13.42 |
| Trustee Fee: |  | 5.40 |
| Other Funds: |  | 0.00 |
| Totals: | 100.00 | 100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 13.42 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 835.13 | 0.00 |
| 4. | World Financial Network Nat'l | Secured | 1,500.00 | 0.00 |
| 5. | Toyota Motor Credit Corporatio | Secured | 19,885.03 | 81.18 |
| 6. | Target National Bank | Unsecured | 33.62 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 38.86 | 0.00 |
| 8. | Chase Bank | Unsecured | 119.69 | 0.00 |
| 9. | Great American Finance Company | Unsecured | 0.09 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 60.42 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 35.43 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 69.13 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 38.91 | 0.00 |
| 14. | National City Bank | Secured | | No Claim Filed |
| 15. | National City Bank | Secured | | No Claim Filed |
| 16. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Valdovinos Jr, Salvador

Printed:  4/1/08

Case Number:  07 B 17661

Judge:  Goldgar, A. Benjamin

Filed:  9/27/07

|  |  |
|---|---|
| _____ | _____ |
| $ 25,959.31 | $ 94.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.40 |
|  | _____ |
|  | $ 5.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____